UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MISC. 09 614

| | | |
|---|---|---|
| GAYLE DICHIARA, | : | |
| | : | |
| Plaintiff, | : | NO. 3:08CV1038 (CSH) |
| | : | |
| v. | : | |
| | : | |
| KENNETH PELSINGER, | : | |
| | : | |
| Defendant. | : | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 21 2009 ★

LONG ISLAND OFFICE

## JUDGMENT

This action came on for consideration before the Honorable Charles S. Haight, Jr., United States District Judge, and the Honorable Joan G. Margolis, United States Magistrate Judge, as a result of the plaintiff's Motion for Default Judgment. On May 18, 2009, an order entered granting the Motion for Default Judgment against the defendant, Kenneth Pelsinger. On June 10, 2009, a Recommended Ruling on Plaintiff's Motion for Default Judgment and Damages entered ordering that judgment enter against the defendant in the amount of $6,000.00 in damages, $3,500.00 in attorney's fees and $685.73 in costs for at total of $10,185.73. On July 10, 2009, the Recommended Ruling was approved and accepted by the Honorable Charles S. Haight, Jr., United States District Judge.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, against the defendant, Kenneth Pelsinger, in the amount of $6,000.00 in damages, $3,500.00 in attorney's fees and $685.73 in costs for a total of $10,185.73.

Dated at New Haven, Connecticut this 13th day of July 2009.

I Hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court of Connecticut.
Date Filed: 7/13/09
Roberta D. Tabora, Clerk
By _____
EOD  Deputy Clerk

ROBERTA D. TABORA, Clerk
By

/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk